AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Charles O. Clinton

**SUMMONS IN A CIVIL CASE**

V.

Reston Limousine & Travel
Service, Inc.

CASE NUMBER  1:05CV01572

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 08/04/2005

TO: (Name and address of Defendant)

Reston Limousine & Travel
Service Inc.
CT Corporation System, Registered Agent
1015 15th Street, N.W., #1000
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nils Peterson
2009 N. 14th Street, Suite 708
Arlington, VA  22201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG -4 2005
CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 8/8/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| EMILY CHRISTENSEN | Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Reston Limousine & Travel Service Inc   CT Corporation System, Registered Agent  1015 15th St, N.W., 1000  Washington, DC 20005

2:15 PM Served: Anthony Serletta whose title is Fulfillment Specialist

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  AUG 8, 2005          *Emily Christensen* (signature)
              Date                  Signature of Server

P.O. 523078
Springfield, VA 22152

Address of Server

RECEIVED
AUG 0 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.