UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHARLES O. CLINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| | ) | |
| v. | ) | 05-01572 (CKK) |
| | ) | |
| | ) | |
| RESTON LIMOUSINE & TRAVEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1**
**OF THE LOCAL RULES OF THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendant which have any outstanding securities in the hands of the public:  **None**.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

 /s/ Lawrence E. Dubé, Jr.
_____
Lawrence E. Dubé, Jr.
D.C. Bar No. 367966
Grove, Jaskiewicz and Cobert
Suite 407
The Can Company
2400 Boston St.
Baltimore, MD 21224
(410) 522-3200
***Attorney for the Defendant***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing paper has been served this date, by means of the Court's electronic case filing system, and by first-class mail, postage prepaid, upon the following:

Nils G. Peterson
2009 N. 14th Street
Suite 708
Arlington, VA 22201

/s/ Lawrence E. Dubé, Jr.
_____

Dated: August 26, 2005