UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CHARLES O. CLINTON            :
                              :
    Plaintiff,                :
                              :
v.                            :   CA No. 05-01572(CKK)
                              :
RESTON LIMOUSINE & TRAVEL     :
SERVICE, INC.                 :
                              :
    Defendant.                :

### JOINT REPORT PURSUANT TO LOCAL RULE 16.3

Counsel for Plaintiff and counsel for Defendant have conferred pursuant to Local Rule 16.3.  The following constitutes the parties' position with respect to each of the 13 items set forth in Local Rule 16.3.

(1)  There are no pending dispositive motions.  Defendant anticipates filing a motion for summary judgment after discovery is completed.

(2)  The parties agree that pleadings should be amended by November 15, 2005 unless otherwise allowed by the Court.  At this time, no factual or legal issues can be agreed upon or narrowed.

(3)  The parties do not wish to have this case assigned to a magistrate judge.

(4)  The parties have not begun formal settlement discussions, but are open to the possibility and will be in a better position to have such discussions once discovery has commenced.

(5)  The parties will be in a better position to determine whether the case will benefit from alternative dispute resolution (ADR) once discovery has been completed.

(6) The parties have agreed to the following schedule: Any party wishing to file a dispositive motion shall file such motion no later than two months after the close of discovery, with oppositions and replies due in accordance with the Local Rules of this Court. The parties will defer to the Court regarding when the Court will decide any dispositive motions that have been filed.

(7) The parties will waive compliance with the rules regarding the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

(8) The parties expect that discovery shall be completed by January 31, 2006. Should additional time for discovery be needed, the parties shall request such additional time of the Court. The number of interrogatories shall be limited to 30 and the number of depositions shall be limited to 6 per party.

(9) The parties do not anticipate engaging any experts. If they do, expert discovery shall proceed along the schedule set forth in the Federal Rules of Civil Procedure.

(10) There are no class action aspects to this case.

(11) The parties agree that this litigation does not need to be bifurcated.

(12) The parties wish to schedule the pretrial conference 60 days after the Court rules on any dispositive motions filed.

(13) The parties agree that the Court should set a firm trial date at the pretrial conference.

Respectfully submitted,

| | |
|---|---|
| CHARLES O. CLINTON | RESTON LIMOUSINE & TRAVEL SERVICE, INC. |
| Attorney for Plaintiff | Attorney for Defendant |
| _____-s-_____ | _____-s-_____ |
| Nils G. Peterson<br>D.C. Bar No 295261<br>2009 N. 14th St, Ste 708<br>Penthouse<br>Arlington, VA  22201<br>703-527-9900 | Lawrence E. Dube, Jr.<br>D.C. Bar No. 367966<br>Grove, Jasiewicz and Cobert<br>2400 Boston Street, Suite 407<br>Baltimore, MD 21224<br>(410) 522-3200<br><br>Edward J. Kiley<br>D.C. Bar No 183988<br>Grove, Jasiewicz and Cobert<br>1730 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 296-2900 |