**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

CHARLES O. CLINTON          :
                           :
        Plaintiff,          :
                           :
        v.                  :        CA No. 05-01572(CKK)
                           :
RESTON LIMOUSINE & TRAVEL   :
SERVICE, INC.               :
                           :
        Defendant.          :

**ORDER**

Upon consideration of the Joint Report of the parties pursuant to Rule 16.3 of the Local Rules of this Court, the Court hereby adopts the following schedule for this proceeding.  The dates set forth herein will not be changed absent good cause shown.

Initial disclosures                  Not Required

Amendment of Pleadings               November 15, 2005

Close of Fact Discovery              January 31, 2006

Close of Expert Discovery            January 31, 2006

Dispositive Motions                  March 31, 2006

Pretrial Conference          60 days after the Court's ruling on dispositive motions; if no dispositive motions are filed, 90 days after the close of discovery.

Trial                        To be set at pretrial conference

SO ORDERED.

                            _____
                            U.S. District Court Judge


Copies to:

Nils G. Peterson
Lawrence E. Dube
Edward J. Kiley

4