UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHARLES O. CLINTON, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. |
| v. | ) ) ) | 05-01572 (CKK) |
| | ) ) | **Next deadline**: |
| RESTON LIMOUSINE & TRAVEL SERVICE, INC., | ) ) ) | November 15, 2005 (Motions to Amend or Join) |
| Defendant. | ) ) ) | |

## JOINT DISCOVERY PLAN

In addition to complying with the terms of the Scheduling and Procedures Order, the parties have agreed on the following Plan for discovery and pretrial procedures in this action:

    1.    Consistent with Fed. R. Civ. P. 5(b)(2)(D), the parties consent to service by electronic means (either facsimile or "fax," or electronic mail or "email") of the following documents: Interrogatories, Document Requests, Requests for Admission, and Responses to Interrogatories, Document Requests and Requests for Admission. The parties understand that, consistent with Fed. Rv. Civ. P. 6(e), if a response is required within a prescribed period of time after service of one of the foregoing documents by electronic means, then three (3) days shall be added to the prescribed period.

    2.    In responding to a Rule 34 document request, the responding party may elect to make photocopies of the requested documents at its own expenses and forward the copies to the requesting party's counsel. If the responding party provides photocopies, then the original

documents will be made available for inspection by the requesting party at an agreed time and place.

3. In responding to a Rule 34 document request, the responding party may elect to make documents available for the requesting party to inspect before copying. The inspection will take place at an agreed time and location. After inspection, the requesting party may designate some or all of the inspected documents for duplication. Duplication will then be accomplished or arranged by the responding party, at the expense of the requesting party.

4. The parties will serve initial sets of interrogatories and document requests not later than October 24, 2005. Any additional sets of interrogatories or documents, and any sets of Rule 36 requests for admissions, will be served not later than January 15, 2006, in order to allow complete responses in advance of the scheduled end of the discovery period in the action.

5. The parties anticipate that depositions in the action will be conducted after completion of responses to each party's initial sets of interrogatories and document requests. The parties anticipate that they will endeavor to schedule their principal depositions during the period December 1-19, 2005, in order to (a) complete those depositions before the commencement of the ADR period, and (b) avoid the late-December holiday season. However, either party will have the right to notice additional depositions at any time permitted by the Court's Scheduling and Procedures Order.

6. The Plaintiff's allegations in the action include some references to injuries, and to medical treatment and appointments. Defendant will likely serve interrogatories and document requests concerning those subjects. In addition to responding to those discovery requests, Plaintiff will, upon reasonable request of Defendant, execute consent or release forms authorizing production by third parties of relevant medical information (documents) concerning Plaintiff.

      7.      The parties stipulate to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

Respectfully submitted,

/s/ Nils G. Peterson

_____
Nils G. Peterson
D.C. Bar No. 295261
2009 N. 14th Street
Suite 708
Arlington, VA 22201
(703) 527-9900
***Attorney for the Plaintiff***


/s/ Lawrence E. Dubé, Jr.

_____
Lawrence E. Dubé, Jr.
D.C. Bar No. 367966
Grove, Jaskiewicz and Cobert
Suite 407
The Can Company
2400 Boston St.
Baltimore, MD 21224
(410) 522-3200
***Attorney for the Defendant***

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing paper has been served this date, by means of the Court's electronic case filing system upon the following:

> Nils G. Peterson
> 2009 N. 14th Street
> Suite 708
> Arlington, VA 22201

                         /s/ Lawrence E. Dubé, Jr.
                         _____

Dated: October 14, 2005