UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES O. CLINTON              :
                                :
        Plaintiff,               :
                                :
v.                              :   Civil Action No. 05-01572 (CKK)
                                :
RESTON LIMOUSINE & TRAVEL       :
SERVICE, INC.                   :
                                :
        Defendant.               :

## MOTION TO ALLOW AMENDMENT OF COMPLAINT

COMES NOW the Plaintiff, by counsel, and moves this Court to allow Plaintiff to amend his complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Defendant consents to amendment of Plaintiff's complaint. A Memorandum of Points and Authorities in support of this motion is attached hereto. The proposed First Amended Complaint is attached to the Memorandum of Points and Authorities.

                                Charles O. Clinton
                                By Counsel

_____-s-_____
Nils G. Peterson
DC Bar No. 295261
2009 N. 14th Street, Suite 708
Arlington, VA  22201
(703) 527-9900

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by facsimile and U.S. mail, first class postage prepaid, this 10th day of November, 2005 to:

Lawrence Dube, Jr.
Grove Jaskiewicz and Cobert
2400 Boston Street, Suite 407
Baltimore, MD  21224

_____-s-_____
Nils Peterson