UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES O. CLINTON          :
                            :
        Plaintiff,          :
                            :
v.                          :   Civil Action No. 05-01572 (CKK)
                            :
RESTON LIMOUSINE & TRAVEL   :
SERVICE, INC.               :
                            :
        Defendant.          :

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ALLOW AMENDMENT OF COMPLAINT

This Memorandum of Points and Authorities is filed in support of Plaintiff's Motion to Allow Amendment of his Complaint. The First Amended Complaint is attached hereto. Defendant consents to the filing of the amended complaint.

### Argument

The proposed First Amended Complaint is proper under Rule 15(a) and its filing is requested. Rule 15(a) of the Federal Rules of Civil Procedure provides that, when a party seeks leave to amend a complaint, "leave shall be freely given when justice so requires". The Supreme Court has held that the mandate to grant leave to file an amended complaint is to be heeded in Foman v. Davis, 371 U.S. 178, 182, 9 L Ed 2d 222, 83 S.Ct. 227 (1962). None of the exceptions warranting denial to file an amended complaint, set forth in Foman, are applicable here.

### Conclusion

For the above stated reasons, the Court is requested to allow filing of Plaintiff's First Amended Complaint.

                                      Charles O. Clinton
                                      By Counsel

_____-s-_____
Nils G. Peterson
DC Bar No. 295261
2009 N. 14th Street, Suite 708
Arlington, VA  22201
(703) 527-9900

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served by facsimile and U.S. mail, first class postage prepaid, this 10th day of November, 2005 to:

Lawrence Dube, Jr.
Grove Jaskiewicz and Cobert
2400 Boston Street, Suite 407
Baltimore, MD  21224

                                                  _____-s-_____
                                                   Nils Peterson