**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

CHARLES O. CLINTON                     :
                                       :
    Plaintiff,                         :
                                       :
    v.                                 :     CA No. 05-01572(CKK)
                                       :
RESTON LIMOUSINE & TRAVEL              :
SERVICE, INC.                          :
                                       :
    Defendant.                         :

ORDER

    UPON CONSIDERATION of the Motion to Allow Amendment of Complaint filed by Plaintiff the consent thereto by Defendant,

    ORDERED that the Motion to Allow Amendment of Complaint is hereby Granted; and it is further

    ORDERED that the Plaintiff's First Amended Complaint is hereby filed with the Court.

    ENTERED this ___ day of _____, 2005.


                             _____
                             UNITED STATES DISTRICT JUDGE


Copies to:

Lawrence Dube, Jr.

Nils Peterson