ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES O. CLINTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) 05-01572 (CKK) |
| RESTON LIMOUSINE & TRAVEL SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION FOR DISMISSAL

Plaintiff Charles O. Clinton and Defendant Reston Limousine & Travel Service, Inc., by their undersigned counsel, stipulate that the above-entitled action be dismissed with prejudice, with each party to bear its own costs, attorney fees and expenses.

_____
Nils G. Peterson
D.C. Bar No. 295261
2009 North 14th Street
Suite 708
Arlington, VA 22201
(703) 527-9900

*Attorney for Plaintiff*

_____
Lawrence E. Dubé, Jr.
D.C. Bar No. 367966
Grove, Jaskiewicz and Cobert
Suite 407
2400 Boston Street
Baltimore, MD 21224
(410) 522-3200

*Attorney for Defendant*