UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHARLES O. CLINTON,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | Civil Action No. |
| ) | |
| v.  ) | |
| ) | 05-01572 (CKK) |
| ) | |
| ) | |
| RESTON LIMOUSINE & TRAVEL  ) | |
| SERVICE, INC.,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

## **NOTICE OF ATTORNEY CHANGE OF ADDRESS**

Please take notice that, effective immediately, the address for Lawrence E. Dubé, Jr., attorney for Reston Limousine & Travel Service, Inc., is:

>Lawrence E. Dubé, Jr.
>D.C. Bar No. 367966
>Grove, Jaskiewicz and Cobert
>1730 M Street, N.W.
>Suite 400
>Washington, D.C. 20036
>(202) 296-2900       Telephone
>(202) 296-1370       Fax
>LDube@gjcobert.com

- 2 -

Respectfully submitted,

/s/ Lawrence E. Dubé, Jr.
_____

Lawrence E. Dubé, Jr.
D.C. Bar No. 367966
Grove, Jaskiewicz and Cobert
1730 M Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 296-2900       Telephone
(202) 296-1370       Fax
LDube@gjcobert.com


Edward J. Kiley
D.C. Bar No. 183988
Grove, Jaskiewicz and Cobert
1730 M Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 296-2900
***Attorneys for the Defendant,***
***<u>Reston Limousine & Travel Service, Inc.</u>***

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing paper has been electronically served this date, by means of the Court's CM/ECF docketing system, upon the following:

        Nils G. Peterson
        2009 N. 14th Street
        Suite 708
        Arlington, VA 22201

        /s/ Lawrence E. Dubé, Jr.
        _____

Dated: April 24, 2006